IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GEORGE MICHAEL BROOKS                                                                PLAINTIFF

v.                                          Case No. 3:13-CV-03028

CITY OF BERRYVILLE; DETECTIVE ROBERT
BARTOS; and CHIEF MUNIZ;                                                            DEFENDANTS

## ORDER

Currently before the Court is a letter to the Court from Plaintiff George Michael Brooks, which the Court has construed as a motion to voluntarily dismiss his case. (Doc. 27). Mr. Brooks states "I must, now, inform the court that I wish to withdrawal [sic] from my role as plaintive [sic] and litigant . . . I hereby give notice to the defendants that I will not pursue my complaint against them." *Id*.

Upon due consideration, the motion to dismiss (Doc. 27), as construed, is GRANTED, and Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED this 8th day of July, 2013.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE